Gideon Kracov (State Bar No. 179815)
LAW OFFICE OF GIDEON KRACOV
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Attorneys for Plaintiff
CENTER FOR COMMUNITY ACTION
AND ENVIRONMENTAL JUSTICE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HARDIE BUILDING PRODUCTS, INC., a corporation, DOES 1 through 10,<br><br>Defendants. | Case No: 5:15-cv-00144-PA-DBTx<br><br>**JOINT STATUS REPORT AND STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>(Federal Rules Civil Procedure Rule 41(a)(1)(A)(ii)) |

STIPULATED DISMISSAL WITH PREJUDICE

**WHEREAS**, on January 23, 2015, Plaintiff Center for Community Action and Environmental Justice ("Plaintiff") filed its Complaint against Defendant James Hardie Building Products, Inc. ("Defendant"), entitled *Center for Community Action and Enviro. Justice v. James Hardie Building Products, Inc. – Case No. CV 15-00144-PA* in which Plaintiff alleged violations of the Clean Water Act;

**WHEREAS**, Plaintiff and Defendant, through their authorized representatives and without either adjudication of Plaintiff's' claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full the allegations in the Complaint and entered into a Settlement Agreement and Mutual Release of Claims ("Original Settlement Agreement") on June 11, 2015;

**WHEREAS**, on July 1, 2015, the Court directed the Plaintiff and Defendant to renegotiate the terms of the Original Settlement Agreement and the parties therefore entered into the Amended Settlement Agreement and Mutual Release of Claims ("Amended Settlement Agreement") on July 15, 2015;

**WHEREAS,** the effectiveness of both the Original Settlement Agreement and the Amended Settlement Agreement depend upon review by the U.S. Department of Justice ("DOJ") as required by the Clean Water Act, 33 U.S.C. § 1365(c)(3);

STIPULATED DISMISSAL WITH PREJUDICE

2

**WHEREAS,** the Plaintiff submitted the Original Settlement Agreement to DOJ for review on June 12, 2015 and DOJ identified July 28, 2015 as the deadline for its review;

**WHEREAS,** on July 15, the parties provided a copy of the Amended Settlement Agreement to DOJ with a request to keep the July 28, 2015 deadline for DOJ review;

**WHEREAS,** on July 28, 2015, the DOJ notified the Honorable Court that it has no objection to the terms of the Amended Settlement Agreement and that the DOJ has waived the need for an additional 45 days to review the amendment to the Original Settlement Agreement;

**WHEREAS,** the Plaintiff and Defendant have conferred and agree to dismiss this action with prejudice; and

**WHEREAS,** Defendant has not filed an answer or motion for summary judgment.

**THEREFORE, THE PARTIES STIPULATE** pursuant to Federal Rules Civil Procedure Rule 41(a)(1)(A)(ii) that the Complaint is hereby dismissed with prejudice pursuant to the terms of the Amended Settlement Agreement.

I, Gioton Kracov, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

STIPULATED DISMISSAL WITH PREJUDICE

3

IT IS SO ORDERED
Dated: July 29, 2015

United States District Judge

Respectfully submitted,

Dated: July 28, 2015

LAW OFFICE OF GIDEON KRACOV

By: /s/ Gideon Kracov
Gideon Kracov
Attorneys for Plaintiff
CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE

Dated: July 28, 2015

K&L GATES LLP

By: /S/ Per Local Rule 5-4.3.4(a)(2)(i)
John Bjorkman
Marie Quasius
Christina Goodrich
Attorneys for Defendant
JAMES HARDIE BUILDING PRODUCTS, INC.

STIPULATED DISMISSAL WITH PREJUDICE